IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ADRIAN BROWN,**

       **Petitioner,**

v.                                          Case No.  4:16cv734-MW/CAS

**STATE OF FLORIDA,**

       **Respondent.**
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 5.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   This case is **TRANSFERRED** to the United States District Court for the Southern District of Florida, Miami Division, for all further proceedings.  The Clerk shall close the file.

**SO ORDERED on December 20, 2016.**

                                                  s/Mark E. Walker      
                                                  **United States District Judge**